5 So.2d 842
### Alto BIGHAM v. STATE.
#### 4 Div. 672.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 223
### Earl BIGHAM v. STATE.
#### 6 Div. 925.

Court of Appeals of Alabama.
April 14, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

8 So.2d 897
### George H. BIRCH v. STATE.
#### 6 Div. 883.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

8 So.2d 897
### BIRMINGHAM ELECTRIC CO. v. Juanita BAKER, pro ami.
#### 6 Div. 929.

Court of Appeals of Alabama.
May 12, 1942.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

J. G. Adams, Jr., of Birmingham, for appellee.

BRICKEN, Presiding Judge.

In the court below, judgment was rendered for plaintiff in the sum of $300, from which this appeal was taken, and here filed on March 18, 1942.

By consent of parties, in writing, a remittitur of $75 from said judgment is hereby ordered. The judgment is affirmed for the sum of $225 as per written agreement filed in this court.

Affirmed, by consent of parties, for the sum of $225.

Affirmed.

8 So.2d 223
### BIRMINGHAM ELECTRIC CO. v. Georgia SAVANAH.
#### 6 Div. 835.

Court of Appeals of Alabama.
April 23, 1942.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

Caesar B. Powell, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.